NUMBER
13-10-00615-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

NORTHERN BUILDING
COMPANY,                                            Appellant,

 

                                                             v.

 

CREAGER BROS.
CONCRETE CONTRACTORS, INC.,            Appellee. 

 ____________________________________________________________

 

                      On
Appeal from the County Court at Law No. 2

                                        of
Victoria County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

            








The
appellant's brief in the above cause was due on January 22, 2011.   On March 3,
3011, the Clerk of the Court notified appellant that the brief had not been
timely filed and that the appeal was subject to dismissal for want of
prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within
ten days from the date of receipt of this letter, appellant reasonably
explained the failure and the appellee was not significantly injured by the
appellant's failure to timely file a brief.  To date, no response has been
received from appellant.  

Appellant
has failed to either reasonably explain its failure to file a brief, file a
motion for extension of time to file the brief, or file the brief. 
Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 38.8(a), 42.3(b). 

 

PER
CURIAM

 

Delivered and filed the

12th day of May, 2011.